No. 05–7854. BOWLING v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 05–7859. GREEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7876. DURDEN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 05–7880. DRAYTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7882. SCOTT v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7897. HEATH v. ROBERTS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–7910. BECKLEY v. MINER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–7924. NIXON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05–7958. PETSCHOW v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 05–7972. SINGLETON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7997. TOLLIVER v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 05–8029. WANGUL v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 05–8081. SVEUM v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–8089. STACEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8177. GIBBS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.